No. 263. UTAH ET AL. *v.* BRADLEY ESTATES, INC. ET AL. C. A. 10th Cir. Certiorari denied. *E. R. Callister, Jr.,* Attorney General of Utah, and *Peter W. Billings,* Special Assistant Attorney General, for petitioners. *Dennis McCarthy* for respondents.

No. 264. WISCONSIN EX REL. SAVELAND PARK HOLDING CORP. *v.* WIELAND, BUILDING INSPECTOR. Supreme Court of Wisconsin. Certiorari denied. *Emil Hersh* and *David V. Jennings, Jr.* for petitioner. *Maxwell H. Herriott* for respondent.

No. 266. HOEPKER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Hayden C. Covington* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 267. POMORSKI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 268. DIERCKS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 270. LINDSTROM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph F. McVeigh, Francis J. Myers* and *Cornelius C. O'Brien* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and